IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 00-20046 |
| CLYDE D. HOOD, ) | |
| Defendant. ) | |
| IN RE: ) | |
| DANN C. SHORES and ) PAMELA K. SHORES, ) | |
| Claimants. ) | |

## CITATION TO DISCOVER ASSETS

To:   DANN C. SHORES
      22 St. Andrews Place
      Mattoon, IL 61938

     YOU ARE COMMANDED to appear before MAGISTRATE JUDGE DANIEL G. BERNTHAL, 201 S. Vine, Urbana, Il 61801, in the Magistrates Courtroom, on February 12, 2008, at 1:30 p.m. to be examined under oath to discover Assets or income not exempt from the enforcement of the judgment.

A Judgment entered against Dann C. Shores and Pamela K. Shores, on March 24, 2003, for $284,200.00, plus interest at the legal rate until paid in full, remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:

     SEE ATTACHED Demand for Documents and all books, papers or records in your possession or control that may contain information concerning the property or income of or indebtedness due judgment debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which judgment debtor may be entitled or that may be acquired by or become due to judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until the further order of court or termination of the proceedings.  You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.

Dated at Urbana, Illinois, this ___19th___ day of ___December___, 2007.

                                                      s/ John M. Waters
                                                _____
                                                JOHN M. WATERS
                                                Clerk, U.S. District Court