U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 00-20046 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CLYDE D. HOOD/   Dann C. & Pamela Shores, Claimants | Citation to Discover Assets |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Dann C. Shores

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
**AT**  22 ST. Andrews Place, Mattoon, Illinois 61938

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MR DAVID H HOFF AUSA  
UNITED STATES ATTORNEY'S OFFICE  
201 S VINE STREET SUITE 226  
URBANA IL 61802

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**  
JAN 2 8 2008  
CLERK OF THE COURT  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2007 DEC 26 — U.S. MARSHALS SERVICE CENTRAL ILLINOIS

Signature of Attorney or other Originator requesting service on behalf of:  
s/ D. Hoff  
☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: 217/373-5875  
DATE: 12/19/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 26  
District to Serve No. 26  
Signature of Authorized USMS Deputy or Clerk  
Date

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 01/24/08   Time: 3:28 pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 360.00 | 186.24 | | 546.24 | | 546.24 | |

**REMARKS:**  
1st endeavor 12/28/07 11:54 AM - No one home  
2nd endeavor successful  
Fees are for both endeavors

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)